## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RIVERBED TECHNOLOGY, INC., *et al.*,[1] | : | Case No. 21-11503 (CTG) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |
| | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

       Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves the admission *pro hac vice* of Stephanie Massman of Davis Polk & Wardwell LLP to represent the Ad Hoc 1L Subgroup in the above-captioned cases and any related proceedings.

Dated:  November 17, 2021
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Daniel J. DeFranceschi*
Daniel J. DeFranceschi (No. 2732)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email: defranceschi@rlf.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Riverbed Technology, Inc. (8754); Aternity LLC (8754); Riverbed Holdings, Inc. (6675); and Riverbed Parent, Inc. (2610).  The location of the debtors' service address in these chapter 11 cases is:  680 Folsom Street, San Francisco, California 94107.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Texas, am admitted to practice before the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: November 17, 2021

*/s/ Stephanie Massman*
Stephanie Massman
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: stephanie.massman@davispolk.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.