# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Riverbed Technology, Inc., et al., <br>                      Debtors. | Chapter 11 <br><br> Case No. 21-11503-CTG |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John T. Duffey, Esquire, to represent U.S. Bank National Association, as Indenture Trustee.

Dated: November 24, 2021

/s/ Alessandra Glorioso
DORSEY & WHITNEY (DELAWARE) LLP
Alessandra Glorioso (DE No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Phone: (302) 425-7171

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 24, 2021

/s/ John T. Duffey
John T. Duffey
Maslon LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
E-mail: john.duffey@maslon.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.