# Exhibit A

## Summary of Final Fee Applications
*In re Riverbed Technology, Inc., et al.*, Case No. 21-11053 (CTG)

| Dkt. No. | Applicant | Fee Period | Fees[2] | Expenses[3] | Total |
|---|---|---|---|---|---|
| 224 | Pachulski, Stang, Ziehl & Jones LLP | 11/16/2021 - 12/07/2021 | $95,402.00 | $9,527.02 | $104,929.02 |
| 229 | Ernst & Young LLP | 11/16/2021- 12/04/2021 | $7,728.00 | $0.00 | $7,728.00 |
| 230 | GLC Advisors & Co., LLC and GLCA Securities, LLC | 11/16/2021- 12/04/2021 | $10,320,448.10 | $4,263.06 | $10,324,711.16 |
| 231 | Stretto, Inc. | 11/16/2021 - 12/07/2021 | $870.60 | $0.00 | $870.60 |
| 232 | Kirkland & Ellis LLP | 11/16/2021 - 12/04/2021 | $1,390,219.00 | $6,795.10 | $1,397,014.10 |
| 239[4] | AlixPartners, LLC | 11/16/2021- 12/04/2021 | $438,911.50 | $0.00 | $438,911.50 |
| | | **Total:** | **$12,253,579.20** | **$20,585.18** | **$12,274,164.38** |

---

[2] This column reflects fees requested in the Final Fee Applications less amounts voluntarily waived pursuant to agreements between the Professionals and the United States Trustee (the "U.S. Trustee").

[3] This column reflects expenses requested in the Final Fee Applications less amounts voluntarily waived pursuant to agreements between the Professionals and the U.S. Trustee.

[4] AlixPartners, LLC filed its *First and Final Application of AlixPartners, LLC, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered for the Period November 16, 2021 Through December 4, 2021* [Docket No. 233] on January 21, 2022. This application was subsequently corrected to include the correct case number and judge's initials in the caption on various pages.