# Exhibit B

# Closing Report