# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RIVERBED TECHNOLOGY, INC., *et al.*,[1] | ) ) ) | Case No. 21-11503 (CTG) |
| Reorganized Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: Docket Nos.: 249, 250 and 252** |

**Objection Deadline: March 23, 2022 at 4:00 p.m. ET**
**Hearing Date: March 30, 2022 at 2:00 p.m. ET**

## NOTICE OF REORGANIZED DEBTORS' MOTION FOR ENTRY OF A FINAL DECREE CLOSING THE CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022

TO: (a) the U.S. Trustee for the District of Delaware; (b) the holders of the 30 largest unsecured claims against the Reorganized Debtors (on a consolidated basis); (c) the Ad Hoc Group and the Ad Hoc 1L Subgroup; (d) the agents under each of the Reorganized Debtors' prepetition secured credit facilities; (e) the indenture trustee under the Unsecured Notes Indenture; (f) the office of the attorney general for each of the states in which the Reorganized Debtors operate; (g) the United States Attorney's Office for the District of Delaware; (h) the Internal Revenue Service; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on March 15, 2022, the above-captioned reorganized debtors (collectively, the "Reorganized Debtors" and before the Effective Date[2] of the Plan, the "Debtors"), filed the *Reorganized Debtors' Motion for Entry of a Final Decree Closing the Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022* [Docket No. 249] (the "Motion") and *Motion to Shorten Notice Period and Schedule Expedited Hearing on Reorganized Debtors' Motion for Entry of a Final Decree Closing the Chapter 11*

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each reorganized debtor's federal tax identification number, are: Riverbed Technology, Inc. (8754); Aternity LLC (8754); Riverbed Holdings, Inc. (6675); and Riverbed Parent, Inc. (2610). The location of the reorganized debtors' service address in these chapter 11 cases is: 680 Folsom Street, San Francisco, CA 94107.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Riverbed Technology, Inc. and Its Debtor Affiliates* [Docket No. 144] (as amended, supplemented, or otherwise modified from time to time, the "Plan").

*Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022* [Docket No. 250] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion and Motion to Shorten were previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that on March 17, 2022, the Bankruptcy Court entered the *Order Granting Reorganized Debtors' Motion to Shorten Notice Period and Schedule Expedited Hearing on Reorganized Debtors' Motion for Entry of a Final Decree Closing the Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022* [Docket No. 252] (the "Order Shortening Notice"). A copy of the Order Shortening Notice is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **March 23, 2022 at 4:00 p.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Reorganized Debtors, Riverbed Technology, Inc., 680 Folsom Street, San Francisco, California 94107, Attn: Rebecca Hazard (rebecca.hazard@riverbed.com); (ii) counsel to the Reorganized Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., P.C. (patrick.nash@kirkland.com) and Christopher S. Koenig (chris.koenig@kirkland.com), and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Christine A. Okike, P.C. (christine.okike@kirkland.com); (iii) co-counsel to the Reorganized Debtors, Pachulski, Stang, Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com) and Timothy P. Cairns, Esq.

(tcairns@pszjlaw.com); (iv) counsel to the Ad Hoc Group, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1095, Attn: Andrew Zatz, Esq. (azatz@whitecase.com) and Andrea Amulic, Esq. (andrea.amulic@whitecase.com); (v) counsel to the Ad Hoc 1L Subgroup, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Stephanie Massman, Esq. (stephanie.massman@davispolk.com); and (vi) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin Hackman, Esq. (benjamin.a.hackman@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **MARCH 30, 2022 AT 2:00 P.M. EASTERN STANDARD TIME** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: March 17, 2022<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>-and-<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>chris.koenig@kirkland.com<br><br>-and-<br><br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: christine.okike@kirkland.com<br><br>*Co-Counsel for the Reorganized Debtors* |