IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RIVERBED TECHNOLOGY, INC., *et al.*,[1] | ) ) ) | Case No. 21-11503 (CTG) |
| Reorganized Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 249** |

CERTIFICATION OF COUNSEL REGARDING
REORGANIZED DEBTORS' MOTION FOR ENTRY OF A
FINAL DECREE CLOSING THE CHAPTER 11 CASES PURSUANT TO
SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022

The undersigned counsel for the above-captioned reorganized debtors (collectively, the "Reorganized Debtors" and before the Effective Date[2] of the Plan, the "Debtors") hereby certifies that:

1. On March 15, 2022, the Reorganized Debtors filed the *Reorganized Debtors' Motion for Entry of a Final Decree Closing the Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022* [Docket No. 249] (the "Motion").

2. Pursuant to the *Notice of Reorganized Debtors' Motion for Entry of a Final Decree Closing the Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022* [Docket No. 253], objections to the relief requested in the Motion were due by March 23, 2022 at 4:00 p.m. prevailing Eastern Time.

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each reorganized debtor's federal tax identification number, are: Riverbed Technology, Inc. (8754); Aternity LLC (8754); Riverbed Holdings, Inc. (6675); and Riverbed Parent, Inc. (2610). The location of the reorganized debtors' service address in these chapter 11 cases is: 680 Folsom Street, San Francisco, CA 94107.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Riverbed Technology, Inc. and Its Debtor Affiliates* [Docket No. 144] (as amended, supplemented, or otherwise modified from time to time, the "Plan").

3. The Reorganized Debtors received informal comments from the Office of the United States Trustee.

4. Attached hereto as **Exhibit A** is a revised proposed form of order (the "Proposed Order") which incorporates language that resolves the informal comments received.

5. A blacklined copy of the Proposed Order is attached hereto as **Exhibit B** showing changes made from the form of order attached to the Motion.

6. Accordingly, the Reorganized Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: March 28, 2022<br>Wilmington, Delaware | */s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>-and-<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>chris.koenig@kirkland.com<br><br>-and-<br><br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: christine.okike@kirkland.com<br><br>*Co-Counsel for the Reorganized Debtors* |