IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVERBED TECHNOLOGY, INC., et al.,[1] | ) | Case No. 21-11503 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Notice of Agenda for Hearing on March 30, 2022, at 2:00 P.M. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801** (Docket No. 259)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 29, 2022

_____
Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 29th day of March, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBIN LYNN SMITH-GLUNT
Notary Public - California
Orange County
Commission # 2310680
My Comm. Expires Oct 26, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Riverbed Technology, Inc. (8754); Aternity LLC (8754); Riverbed Holdings, Inc. (6675); and Riverbed Parent, Inc. (2610). The location of the debtors' service address in these chapter 11 cases is: 680 Folsom Street, San Francisco, CA 94107.

# **<u>Exhibit A</u>**



# Exhibit A
Served via Overnight Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | Zip | COUNTRY |
|---|---|---|---|---|---|---|---|
| ALABAMA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| ALASKA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1031 W 4TH AVE SUITE 200 | | ANCHORAGE | AK | 99501 | |
| ALTER DOMUS (US) LLC | C/O NORTON ROSE FULBRIGHT US LLP | 1301 AVENUE OF THE AMERICAS | ATTN: S. CASTRO & M. FINGERHUT | NEW YORK | NY | 10019-6022 | |
| AMAZON WEB SERVICES | ATTN: KATIE HERRITAGE | PO BOX 84023 | | SEATTLE | WA | 98124 | |
| ARIZONA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | |
| ARKANSAS OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 323 CENTER ST SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| AUCTIONIQ LLC | ATTN: ASHLI BUXTON | 6440 S WASATCH BLVD | | SALT LAKE CITY | UT | 84121-3511 | |
| CALIFORNIA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| COKEVA INC. | ATTN: STEVE TICHY | 9000 FOOTHILLS BLVD SUITE 150 | | ROSEVILLE | CA | 95747 | |
| COLORADO OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1300 BROADWAY 10TH FLOOR | RALPH L. CARR JUDICIAL BUILDING | DENVER | CO | 80203 | |
| CONNECTICUT OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | |
| CORSEC SECURITY INC. | ATTN: JOSHUA ANZAROOT | 13921 PARK CENTER RD SUITE 460 | | HERNDON | VA | 20171 | |
| CORTLAND CAPITAL MARKET SERVICES | ATTN: LEGAL DEPARTMENT | 225 W WASHINGTON ST 9TH FLOOR | | CHICAGO | IL | 60606 | |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: LEGAL DEPARTMENT | 820 N FRENCH ST | CARVEL STATE OFFICE BUILDING | WILMINGTON | DE | 19801 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | PO BOX 898 | FRANCHISE TAX | DOVER | DE | 19903 | |
| DELAWARE STATE TREASURY | ATTN: LEGAL DEPARTMENT | 820 SILVER LAKE BLVD SUITE 100 | | DOVER | DE | 19904 | |
| DIGITAL REALTY TRUST | ATTN: LEGAL DEPARTMENT | PO BOX 419729 | | BOSTON | MA | 02241-9729 | |
| DIRECT IT PTY LTD | ATTN: DAVID JENNINGS | 55 MOUNTAIN ST LEVEL 1 | | ULTIMO | | NSW 2007 | AUSTRALIA |
| DISTRICT OF COLUMBIA OFFICE OF AG | ATTN: LEGAL DEPARTMENT | 441 4TH ST NW SUITE 1100 | | WASHINGTON | DC | 20001 | |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: LEGAL DEPARTMENT | 1200 PENNSYLVANIA AVE NW | GENERAL COUNSEL MAIL CODE 2310A | WASHINGTON | DC | 20460 | |
| FLORIDA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | THE CAPITOL PLACE 01 | | TALLAHASSEE | FL | 32399 | |
| GEORGIA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 | |
| HAWAII OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 425 QUEEN ST | | HONOLULU | HI | 96813 | |
| ICIMS INC. | ATTN: NICOLE STEWART | 29348 NETWORK PLACE | | CHICAGO | IL | 60673-1294 | |
| IDAHO OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 700 W JEFFERSON ST SUITE 210 | | BOISE | ID | 83720 | |
| ILLINOIS OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 100 W RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 60601 | |
| INDIANA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 302 W WASHINGTON ST 5TH FLOOR | INDIANA GOVERNMENT CENTER SOUTH | INDIANAPOLIS | IN | 46204 | |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPARTMENT | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNATIONAL BUSINESS MACHINE | IBM PARTNERWORLD | PO BOX 676673 | | DALLAS | TX | 75267-6673 | |
| IOWA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1305 E WALNUT ST ROOM 109 | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 | |
| IT CONVERGENCE INC. | ATTN: ADAM SCHROEDER | PO BOX 56346 | | ATLANTA | GA | 30343 | |
| JABIL CIRCUIT HUNGARY LTD | | ADDRESS REDACTED | | | | | |
| JABIL CIRCUITINC. | ATTN: MARIO ORNELAS | 5238 LAMAR AVE | | MEMPHIS | TN | 38118 | |
| JADE GLOBAL INC. | ATTN: ASHISH RASTOGI | 1731 TECNOLOGY DR SUITE 350 | | SAN JOSE | CA | 95110 | |
| KANSAS OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 120 SW 10TH AVE 2ND FLOOR | | TOPEKA | KS | 66612 | |
| KENTUCKY OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 700 CAPITOL AVE SUITE 118 | CAPITOL BUILDING | FRANKFORT | KY | 40601 | |
| LINKEDIN CORPORATION | ATTN: LEGAL DEPARTMENT | 1000 W MAUDE AVE | | SUNNYVALE | CA | 94085 | |
| LOUISIANA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1885 N THIRD ST | | BATON ROUGE | LA | 70802 | |
| MAINE OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | |
| MARKETO INC. | ATTN: GRAEME TRUSCHEL | PO BOX 122068 DEPT 2068 | | DALLAS | TX | 75312-2068 | |
| MARYLAND OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 200 ST. PAUL PL | | BALTIMORE | MD | 21202 | |
| MASSACHUSETTS OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1 ASHBURTON PL 20TH FLOOR | | BOSTON | MA | 02108 | |
| MICHIGAN OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 525 W OTTAWA ST 7TH FLOOR | G. MENNEN WILLIAMS BUILDING | LANSING | MI | 48933 | |
| MICROSOFT CORPORATION | ATTN: LEGAL DEPARTMENT | PO BOX 847255 | | DALLAS | TX | 75284-7255 | |

In re: Riverbed Technology, Inc., et al.
Case No. 21-11503 (CTG)

Page 1 of 3



# Exhibit A
Served via Overnight Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | Zip | COUNTRY |
|---|---|---|---|---|---|---|---|
| MINNESOTA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 445 MINNESOTA ST SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MISSISSIPPI OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 550 HIGH ST SUITE 1200 | WALTER SILLERS BUILDING | JACKSON | MS | 39201 | |
| MISSOURI OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 207 W HIGH ST | SUPREME COURT BUILDING | JEFFERSON CITY | MO | 65101 | |
| MONTANA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 215 N SANDERS | JUSTICE BUILDING 3RD FLOOR | HELENA | MT | 59601 | |
| MORGAN STANLEY SENIOR FUNDING INC. | Attn: Brytni M. Blevins | 1300 Thames St 4th Floor | Thames Street Wharf | Baltimore | MD | 21231 | |
| NEBRASKA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 | |
| NETWORK CONTROL | ATTN: MARK HEARN | 215 20TH ST NW PO BOX 193 | | WAVERLY | IA | 50677 | |
| NEVADA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 100 N CARSON ST | OLD SUPREME COURT BUILDING | CARSON CITY | NV | 89701 | |
| NEW HAMPSHIRE OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 33 CAPITOL ST | NH DEPARTMENT OF JUSTICE | CONCORD | NH | 03301 | |
| NEW JERSEY OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 25 MARKET ST 8TH FLOOR WEST WING | RICHARD J. HUGHES JUSTICE COMPLEX | TRENTON | NJ | 08611 | |
| NEW MEXICO OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 408 GALISTEO ST | VILLAGRA BUILDING | SANTA FE | NM | 87501 | |
| NEW YORK OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | THE CAPITOL | | ALBANY | NY | 12224 | |
| NORTH CAROLINA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 114 W EDENTON ST | | RALEIGH | NC | 27603 | |
| NORTH DAKOTA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 600 E BOULEVARD AVE DEPT. 125 | STATE CAPITOL | BISMARCK | ND | 58505 | |
| OHIO OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 30 E BROAD ST 14TH FLOOR | STATE OFFICE TOWER | COLUMBUS | OH | 43215 | |
| OKLAHOMA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | |
| OREGON OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1162 COURT ST NE | | SALEM | OR | 97301 | |
| PENNSYLVANIA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | STRAWBERRY SQUARE 16TH FLOOR | | HARRISBURG | PA | 17120 | |
| PULSELEARNING LIMITED | | ADDRESS REDACTED | | | | | |
| RHODE ISLAND OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 150 S MAIN ST | | PROVIDENCE | RI | 02903 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: RICHARD BEST | 200 VESEY ST SUITE 400 | NY REGIONAL OFFICE BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: THERESE SCHEUER | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| SHI INTERNATIONAL CORP. | ATTN: MIKE MILLER | PO BOX 952121 | | DALLAS | TX | 75395-2121 | |
| SILICOM CONNECTIVITY SOLUTIONS INC. | ATTN: ERICILLE UY | 6 FOREST AVE | | PARAMUS | NJ | 07652 | |
| SLASHSUPPORT INC. DBA CSS CORP PVT | ATTN: VINAYAKA KUMAR | 75 E SANTA CLARA ST STE 900 | | SAN JOSE | CA | 95113-1842 | |
| SOUTH CAROLINA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1000 ASSEMBLY ST ROOM 519 | REMBERT C. DENNIS BLDG | COLUMBIA | SC | 29201 | |
| SOUTH DAKOTA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1302 E HWY 14 SUITE 1 | | PIERRE | SD | 57501 | |
| SPRY SQUARED INC. | ATTN: STEVE SPRY | 6 INVERNESS CT E SUITE 240 | | ENGLEWOOD | CO | 80112 | |
| TAOS MOUNTAIN LLC | ATTN: BRENNA O'BRIEN | DEPT LA 24843 | | PASADENA | CA | 91185-4843 | |
| TENNESSEE OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 301 6TH AVE N | | NASHVILLE | TN | 37243 | |
| TEXAS OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 300 W 15TH ST | | AUSTIN | TX | 78701 | |
| TIBCO SOFTWARE INC. | ATTN: ALEJANDRO LOPEZ | 3303 HILLVIEW AVE | | PALO ALTO | CA | 94304 | |
| TYAN COMPUTER CORP. | ATTN: MAGGIE LAI | 39660 EUREKA DR | | NEWARK | CA | 94560 | |
| UNISYS LIMITED | | ADDRESS REDACTED | | | | | |
| UPS SUPPLY CHAIN SOLUTIONS INC. | ATTN: BERNARD DUCHENE | 28013 NETWORK PLACE | | CHICAGO | IL | 60673-1280 | |
| US ATTORNEYS OFFICE FOR DIST OF DE | ATTN: LEGAL EPARATMENT | 1313 N MARKET ST | | WILMINGTON | DE | 19801 | |
| US BANK NATIONAL ASSOCIATION | ATTN: LORI BARBER | 333 COMMERCE ST SUITE 800 | | NASHVILLE | TN | 37201 | |
| US ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF THE ADMINISTRATOR | 1200 PENNSYLVANIA AVE., N.W. | | WASHINGTON | DC | 20460 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 1 | 5 POST OFFICE SQUARE - SUITE 100 | | BOSTON | MA | 02109-3912 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 10 | 1200 SIXTH AVENUE, SUITE 155 | | SEATTLE | WA | 98101 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 2 | 290 BROADWAY | | NEW YORK | NY | 10007-1866 | |

In re: Riverbed Technology, Inc., et al.
Case No. 21-11503 (CTG)



**Exhibit A**
Served via Overnight Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | Zip | COUNTRY |
|---|---|---|---|---|---|---|---|
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 3 | 1650 ARCH STREET | | PHILADELPHIA | PA | 19103-2029 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 4 | 61 FORSYTH STREET, SW | ATLANTA FEDERAL CENTER | ATLANTA | GA | 30303-3104 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 5 | 77 WEST JACKSON BOULEVARD | | CHICAGO | IL | 60604-3507 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 6 | 1201 ELM STREET, SUITE 500 | | DALLAS | TX | 75270 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 7 | 11201 RENNER BLVD. | | LENEXA | KS | 66219 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 8 | 1595 WYNKOOP ST. | | DENVER | CO | 80202-1129 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 9 | 75 HAWTHORNE STREET | | SAN FRANCISCO | CA | 94105 | |
| US TRUSTEE FOR DISTRICT OF DE | ATTN: BENJAMIN HACKMAN | 844 N KING ST SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | |
| UTAH OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 350 N STATE ST SUITE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |
| VERMONT OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 109 STATE ST | | MONTPELIER | VT | 05609 | |
| VERSA NETWORKS INC. | ATTN: SWATI SHAH | 6001 AMERICA CENTER DR SUITE 400 | | SAN JOSE | CA | 95002 | |
| VIRGINIA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 202 N NINTH ST | | RICHMOND | VA | 23219 | |
| WASHINGTON OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | |
| WEST VIRGINIA OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | STATE CAPITOL | CHARLESTON | WV | 25305 | |
| WIPRO LIMITED | ATTN: NARENDRANATH NAIR | SURVEY NO 76-P & 80-P DODDAKANNELLI | VARUR HOBI SARJAPUR RD | BANGALORE | | 560 035 | INDIA |
| WISCONSIN OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 114 E STATE CAPITOL | | MADISON | WI | 53702 | |
| WYOMING OFFICE OF THE AG | ATTN: LEGAL DEPARTMENT | 2320 CAPITOL AVE | KENDRICK BUILDING | CHEYENNE | WY | 82002 | |

In re: Riverbed Technology, Inc., et al.
Case No. 21-11503 (CTG)

Page 3 of 3

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC 1L SUBGROUP | C/O DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, JON FINELLI, & STEPHANIE MASSMAN | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>JON.FINELLI@DAVISPOLK.COM<br>STEPHANIE.MASSMAN@DAVISPOLK.COM |
| AD HOC 1L SUBGROUP | C/O RICHARDS LAYTON & FINGER PA | ATTN: DANIEL J DEFRANCESCHI, KEVIN GROSS & DAVID T QUEROLI | DEFRANCESCHI@RLF.COM<br>GROSS@RLF.COM<br>QUEROLI@RLF.COM<br>RBGROUP@RLF.COM<br>ANN-JEROMINSKI-2390@ECF.PACERPRO.COM |
| AD HOC LENDER GROUP | C/O WHITE & CASE LLP | ATTN: ANDREW ZATZ & ANDREA AMULIC | AZATZ@WHITECASE.COM<br>AAMULIC@WHITECASE.COM |
| AD HOC LENDER GROUP | C/O WHITE & CASE LLP | ATTN: THOMAS E LAURIA & FAN HE | TLAURIA@WHITECASE.COM<br>FHE@WHITECASE.COM |
| AD HOC LENDER GROUP | C/O RICHARDS LAYTON & FINGER PA | ATTN: DANIEL J. DEFRANCESCHI, KEVIN GROSS, & DAVID T. QUEROLI | DEFRANCESCHI@RLF.COM<br>GROSS@RLF.COM<br>QUEROLI@RLF.COM<br>RBGROUP@RLF.COM<br>ANN-JEROMINSKI-2390@ECF.PACERPRO.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTER DOMUS (US) LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | C/O NORTON ROSE FULBRIGHT US LLP | ATTN: STEPHEN CASTRO & MICHAEL FINGERHUT | MICHAEL.FINGERHUT@NORTONROSEFULBRIGHT.COM<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | AGINFO@AZAG.GOV |
| AUCTIONIQ LLC | ATTN: ASHLI BUXTON | | ACCOUNTSRECEIVABLE@AUCTIONIQ.COM |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | BANKRUPTCY@COAG.GOV |
| COKEVA INC. | ATTN: STEVE TICHY | | STEVE.TICHY@COKEVA.COM |
| CORSEC SECURITY INC. | ATTN: JOSHUA ANZAROOT | | JNELSON@CORSEC.COM |
| DALLAS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: LAURIE A. SPINDLER | DALLAS.BANKRUPTCY@LGBS.COM<br>LAURIE.SPINDLER@LGBS.COM<br>DORA.CASIANO-PEREZ@LGBS.COM |
| DELAWARE DEPARTMENT OF JUSTICE | | | ATTORNEY.GENERAL@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | | DOSDOC_BANKRUPTCY@STATE.DE.US |
| DELAWARE STATE TREASURY | | | STATETREASURER@STATE.DE.US |
| DIGITAL REALTY TRUST | | | AR@DIGITALREALTY.COM |
| HARRIS COUNTY CYPRESS-FAIRBANKS ISD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: TARA L. GRUNDEMEIER | HOUSTON_BANKRUPTCY@LGBS.COM |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | HAWAIIAG@HAWAII.GOV |
| ICIMS INC. | ATTN: NICOLE STEWART | | ACCOUNTING@ICIMS.COM |
| JABIL CIRCUIT HUNGARY LTD | | | EMAIL ADDRESS REDACTED |
| JABIL CIRCUITINC. | ATTN: MARIO ORNELAS | | MARIO_ORNELAS@JABIL.COM |
| JADE GLOBAL INC. | ATTN: ASHISH RASTOGI | | ASHISH.RASTOGI@JADEGLOBAL.COM |
| LINKEDIN CORPORATION | | | AR-RECEIPTS@LINKEDIN.COM |
| MARKETO INC. | ATTN: GRAEME TRUSCHEL | | TRUSCHEL@ADOBE.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | | | AGO@STATE.MA.US |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: KATHERINE C. KERWIN (P73070) | | KERWINK@MICHIGAN.GOV |
| MICHIGAN OFFICE OF THE ATTORNEY GENERAL | | | MIAG@MICHIGAN.GOV |
| MICROSOFT CORPORATION | | | MSCREDIT@MICROSOFT.COM |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AGO.MO.GOV |
| MORGAN STANLEY SENIOR FUNDING INC. | C/O LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ESQ. & ANDREW C. AMBRUOSO, ESQ. | SUZZANNE.UHLAND@LW.COM<br>ANDREW.AMBRUOSO@LW.COM |

In re: Riverbed Technology, Inc., et al.
Case No. 21-11503 (CTG)

Page 1 of 2



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| MORGAN STANLEY SENIOR FUNDING INC. | C/O YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: KARA HAMMOND COYLE | KCOYLE@YCST.COM BANKFILINGS@YCST.COM |
| MORGAN STANLEY SENIOR FUNDING, INC., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | Attn: Brytni M. Blevins | | BRYTNI.WILLIS@MORGANSTANLEY.COM |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | | NEDOJ@NEBRASKA.GOV |
| NETWORK CONTROL | ATTN: MARK HEARN | | MARKH@NETWORK-CONTROL.NET |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | | NDAG@ND.GOV |
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: BENJAMIN HACKMAN | | BENJAMIN.A.HACKMAN@USDOJ.GOV USTPREGION03.WL.ECF@USDOJ.GOV |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (UCTS) | DEPARTMENT OF LABOR AND INDUSTRY | | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| ONE PENN PLAZA LLC | C/O BELKIN BURDEN GOLDMAN, LLP | ATTN: JAY B SOLOMON & BRIAN BENDY | JSOLOMON@BBGLLP.COM BBENDY@BBGLLP.COM |
| ONE PENN PLAZA LLC | C/O THE ROSNER LAW GROUP LLC | ATTN: JASON A GIBSON | GIBSON@TEAMROSNER.COM |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM CMCINTIRE@BUCHALTER.COM |
| ORACLE AMERICA, INC. | C/O DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R DOSHI | AMISH@DOSHILEGAL.COM |
| PULSELEARNING LIMITED | | | EMAIL ADDRESS REDACTED |
| SECURITIES & EXCHANGE COMMISSION | ATTN: RICHARD BEST, REGIONAL DIRECTOR | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | ATTN: THERESE SCHEUER | | SCHEUERT@SEC.GOV SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SILICOM CONNECTIVITY SOLUTIONS INC. | ATTN: ERICILLE UY | | ERICILLE@SILICOM.CO.IL |
| SLASHSUPPORT INC. DBA CSS CORP PVT LTD | ATTN: VINAYAKA KUMAR | | ACCOUNTS.RECEIVABLE@CSSCORP.COM |
| SPRY SQUARED INC. | ATTN: STEVE SPRY | | STEVE@SPRYSQUARED.COM |
| TRAVIS COUNTY | ATTN: JASON A STARKS | | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | C/O DORSEY & WHITNEY (DELAWARE) LLP | ATTN: ERIC LOPEZ SCHNABEL & ALESSANDRA GLORIOSO | SCHNABEL.ERIC@DORSEY.COM GLORIOSO.ALESSANDRA@DORSEY.COM |
| U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | C/O MASLON LLP | ATTN: CLARK T WHITMORE, JASON M REED, JOHN T DUFFEY | CLARK.WHITMORE@MASLON.COM JASON.REED@MASLON.COM JOHN.DUFFEY@MASLON.COM |
| UPS SUPPLY CHAIN SOLUTIONS INC. | ATTN: BERNARD DUCHENE | | BDUCHENE@UPS.COM |
| US BANK NATIONAL ASSOCIATION (CORPORATE TRUST SERVICES) | ATTN: LORI BARBER & WALLY JONES | | LORI.BARBER@USBANK.COM |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 8 | | R8EISC@EPA.GOV |
| UTAH OFFICE OF THE ATTORNEY GENERAL | | | UAG@UTAH.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VERSA NETWORKS INC. | ATTN: SWATI SHAH | | SSHAH@VERSA-NETWORKS.COM |
| WASTE MANAGEMENT | C/O MONZACK MERSKY AND BROWDER PA | ATTN: RACHEL B. MERSKY, ESQ. | RMERSKY@MONLAW.COM |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT AND U.S. COLLATERAL AGENT | C/O BLANK ROME LLP | ATTN: STANLEY B. TARR | STANLEY.TARR@BLANKROME.COM TARR@BLANKROME.COM |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT AND U.S. COLLATERAL AGENT | C/O SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, GREGG S. BATEMAN, & CATHERINE V. LOTEMPIO | COELHO-ADAM@SEWKIS.COM ASHMEAD@SEWKIS.COM BATEMAN@SEWKIS.COM LOTEMPIO@SEWKIS.COM |
| WIPRO LIMITED | ATTN: NARENDRANATH NAIR | | EDEBTORS-USA@WIPRO.COM |

In re: Riverbed Technology, Inc., et al.
Case No. 21-11503 (CTG)

Page 2 of 2